UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:24-CR-212 |
| | : | |
| v. | : | (Judge Mehalchick) |
| | : | |
| VINCENT MINERVINI, | : | |
| Defendant. | : | (Electronically Filed) |

ORDER AMENDING THE JUDGMENT AND COMMITMENT
ORDER TO INCLUDE RESTITUTION

AND NOW, this ___6th___ day of ___August___, 2025, upon

consideration of the Unopposed Motion of the United States of America to

Amend the Judgment and Commitment Order entered on July 1, 2025, for

clerical error, it is hereby Ordered that said motion is GRANTED. It is further

Ordered that the Judgment and Commitment for Defendant Vincent Minervini is

amended to reflect restitution in the amount of $266,618.00 payable to the

Internal Revenue Service.

_____
KAROLINE MEHALCHICK
UNITED STATES DISTRICT JUDGE

5